McCRAY *v.* BUCK and Another.

APPEAL from the *Union* Common Pleas.

GREGORY, J.—This case comes within the authority of the cases of *Cubberly et al.* v. *Shearer,* 20 Ind. 237 ; *Bray* v. *Carpenter, Id.* 255 ; and we adhere to them.

Judgment affirmed, with ten per cent. damages and costs.

*J. F. Gardner,* for appellant.
*B. F. Claypool,* for appellee. ·